```
Case: 1:20-mj-00171
Assigned To : Harvey, G. Michael
Assign. Date : 8/28/2020
Description: Complaint w/ Arrest Warrant
```

**STATEMENT OF FACTS**

On Thursday, August 27, 2020, at approximately 5:12 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) were traveling in unmarked police vehicles on the 5500 block of Central Avenue, Southeast in Washington, D.C. The officers observed several individuals congregated in front of a convenience store at 5575 Central Avenue, Southeast. Officers know this location to have regular narcotics activity and high incidents of firearm-related crime. Officers approached the individuals, asking if anyone had a firearm on their person. Officer Bewley approached an individual, later identified as Walter Goodman (Defendant Goodman). Defendant Goodman was wearing a white tank top that was tucked into a pair of fitted jeans that were belted at the waist. Officer Bewley looked at the waistband area of Defendant Goodman and observed a bulge between the right pocket and zipper of his pants. Officer Bewley knew this was not part of the human anatomy. Officer Bewley asked Defendant Goodman about the bulge, to which Defendant Goodman replied that it was a lighter and pulled a lighter out of his pants pocket. After the lighter was out of his pocket, the bulge was still present. Believing that Defendant Goodman was armed, Officer Bewley conducted a pat down of the bulge and immediately felt a firearm. Defendant Goodman was placed under arrest.

The firearm was recovered and determined to be a Taurus, model G2S, .40 caliber semiautomatic handgun with a serial number of ABE606897. When it was recovered, it was loaded with one (1) round in the chamber and six (6) rounds in a six (6) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Goodman through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia for Robbery, docket number 2013 CF3 18296. The defendant was sentenced to thirty-two (32) months of incarceration for this conviction. Defendant Goodman also has a prior felony conviction in the Superior Court for the District of Columbia for Unlawful Possession of a Firearm, docket number 2017 CF2 11171. The defendant was sentenced to twenty-four (24) months of incarceration for this conviction. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER CORNEL KELEMEN
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of August, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE