AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia



FILED

AUG 28 2020

Clerk, U.S. District and
Bankruptcy Courts

United States of America
v.
WALTER GOODMAN

)
)
)
)
)
)

Case: 1:20-mj-00171
Assigned To : Harvey, G. Michael
Assign. Date : 8/28/2020
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     WALTER GOODMAN
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment          ❐ Superseding Indictment          ❐ Information          ❐ Superseding Information          ☑ Complaint

❐ Probation Violation Petition          ❐ Supervised Release Violation Petition          ❐ Violation Notice          ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable
by Imprisonment for a Term Exceeding One Year)

Digitally signed by G.
Michael Harvey
Date: 2020.08.28
13:25:11 -04'00'

Date:  ·     08/28/2020

*Issuing officer's signature*

City and state:     Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/28/2020 , and the person was arrested on *(date)* 8/28/2020 at *(city and state)* Washington, D.C. |
| Date: 8/28/2020 |

*Arresting officer's signature*

Vincent Cruse     DUSM
*Printed name and title*



FILED

AUG 28 2020

Clerk, U.S. District and
Bankruptcy Courts